**Broadridge**

BROADRIDGE OUTPUT SOLUTIONS
2 JOURNAL SQUARE PLAZA
JERSEY CITY, NJ 07306

080-0016

## Earnings Statement

**ADP**

| | |
|---|---|
| Period Beginning: | 01/06/2014 |
| Period Ending: | 01/19/2014 |
| Pay Date: | 01/17/2014 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  NJ: 2.Table A
  NY: 2

FREDERICK D BENNETT
221 BEACH 80TH ST.
APT. 3F
ROCKAWAY BEACH NY 11693

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3307.69 | 64.00 | 3,307.69 | 6,615.38 |
| Holiday | | 16.00 | | |
| Vacation | | 16.00 | | |
| Gross Pay | | | $3,307.69 | 6,615.38 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Federal Income Tax | -302.28 | 604.56 | |
| | Social Security Tax | -199.61 | 399.21 | |
| | Medicare Tax | -46.68 | 93.36 | |
| | NJ State Income Tax | -83.37 | 166.74 | |
| | NY State Income Tax | -36.20 | 72.40 | |
| | New York Cit Income Tax | -74.14 | 148.28 | |
| | NJ SUI/SDI Tax | -29.94 | 59.88 | |
| **Other** | | | | |
| | Accident Insur | -5.40* | 10.80 | |
| | Checking | -1,612.85 | | |
| | Dental | -4.94* | 9.88 | |
| | Ltd | -3.80 | 7.60 | |
| | Medical | -57.23* | 114.46 | |
| | Parking | -17.30* | 34.60 | |
| | Pers Accident | -2.77* | 5.54 | |
| | Vision | -4.26* | 8.52 | |
| | 401(K) | -826.92* | 1,653.84 | |
| **Net Pay** | | | **$0.00** | |

Your federal taxable wages this period are
$2,388.87

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 3.64 | 7.28 |
| Mtd Accins | | 10.80 |
| Qtd Accins | | 10.80 |
| Ytd Accins | | 10.80 |
| 401K Ytd | | 1,653.84 |
| Associate Id | | 305805 |

**Important Notes**
HR HELP DESK X23864 OR DIAL    1-888-237-7769
(OUTSIDE)

**Additional Tax Withholding Information**
Taxable Marital Status: Single
Exemptions/Allowances:
  New York Cit: 2

* Excluded from federal taxable wages

---

**Broadridge**

BROADRIDGE OUTPUT SOLUTIONS
2 JOURNAL SQUARE PLAZA
JERSEY CITY, NJ 07306

| | |
|---|---|
| Advice number: | 00000030198 |
| Pay date: | 01/17/2014 |

Deposited to the account of
FREDERICK D BENNETT

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6181 | xxxx  xxxx | $1,612.85 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Broadridge**

| CO. | FILE | DEPT | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| 878 | 810883 | 29SLP0 | MAILN | 000005020 6 |

098-0015

BROADRIDGE OUTPUT SOLUTIONS
2 JOURNAL SQUARE PLAZA
JERSEY CITY, NJ 07306

**Earnings   Statement**  **ADP**

Period Beginning: 01/20/2014
Period Ending: 02/02/2014
Pay Date: 01/31/2014

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 3
 NJ: 2,Table A
 NY: 2

FREDERICK D BENNETT
221 BEACH 80TH ST.
APT. 3F
ROCKAWAY BEACH NY 11693

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3307.69 | 80.00 | 3,307.69 | 9,923.07 |
| Gross Pay | | | $3,307.69 | 9,923.07 |

**Deductions**

| Statutory | | |
|---|---|---|
| Federal Income Tax | -302.28 | 906.84 |
| Social Security Tax | -199.60 | 598.81 |
| Medicare Tax | -46.69 | 140.05 |
| NJ State Income Tax | -83.37 | 250.11 |
| NY State Income Tax | -36.20 | 108.60 |
| New York Cit Income Tax | -74.14 | 222.42 |
| NJ SUI/SDI Tax | -29.92 | 89.80 |

| Other | | |
|---|---|---|
| Accident Insur | -5.40* | 16.20 |
| Checking | -1,612.87 | |
| Dental | -4.94* | 14.82 |
| Ltd | -3.80 | 11.40 |
| Medical | -57.23* | 171.69 |
| Parking | -17.30* | 51.90 |
| Pers Accident | -2.77* | 8.31 |
| Vision | -4.26* | 12.78 |
| 401(K) | -826.92* | 2,480.76 |

**Net Pay** $0.00

Your federal taxable wages this period are $2,388.87

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Group Term Life | 3.64 | 10.92 |
| Mtd Accins | | 16.20 |
| Qtd Accins | | 16.20 |
| Ytd Accins | | 16.20 |
| 401K Ytd | | 2,480.76 |
| Associate Id | | 305805 |

**Important Notes**
HR HELP DESK X23864 OR DIAL 1-888-237-7769
(OUTSIDE)

**Additional Tax Withholding Information**
Taxable Marital Status: Single
Exemptions/Allowances:
 New York Cit: 2

* Excluded from federal taxable wages

---

**Broadridge**

BROADRIDGE OUTPUT SOLUTIONS
2 JOURNAL SQUARE PLAZA
JERSEY CITY, NJ 07306

Advice number: 00000050206
Pay date: 01/31/2014

Deposited to the account of
FREDERICK D BENNETT

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6181 | xxxx xxxx | $1,612.87 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Broadridge**

| CO. | FILE | DEPT | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| 87B | 810858 | 295EP0 | MAILN | 0000070199 |

086-0016

BROADRIDGE OUTPUT SOLUTIONS
2 JOURNAL SQUARE PLAZA
JERSEY CITY, NJ 07306

## Earnings Statement  **ADP**

Period Beginning:  02/03/2014
Period Ending:     02/16/2014
Pay Date:          02/14/2014

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  3
  NJ:       2, Table A
  NY:       2

FREDERICK D BENNETT
221 BEACH 80TH ST.
APT. 3F
ROCKAWAY BEACH NY 11693

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3307.69 | 80.00 | 3,307.69 | 13,230.76 |
| Holiday | | 8.00 | | |
| **Gross Pay** | | | **$3,307.69** | 13,230.76 |

Your federal taxable wages this period are $2,388.87

### Deductions

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -302.28 | 1,209.12 |
| Social Security Tax | -199.61 | 798.42 |
| Medicare Tax | -46.68 | 186.73 |
| NJ State Income Tax | -83.37 | 333.48 |
| NY State Income Tax | -36.20 | 144.80 |
| New York Cit Income Tax | -74.14 | 296.56 |
| NJ SUI/SDI Tax | -29.94 | 119.74 |

**Other**

| | | |
|---|---|---|
| Accident Insur | -5.40* | 21.60 |
| Checking | -1,612.85 | |
| Dental | -4.94* | 19.76 |
| Ltd | -3.80 | 15.20 |
| Medical | -57.23* | 228.92 |
| Parking | -17.30* | 69.20 |
| Pers Accident | -2.77* | 11.08 |
| Vision | -4.26* | 17.04 |
| 401(K) | -826.92* | 3,307.68 |

**Net Pay** **$0.00**

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Group Term Life | 3.64 | 14.56 |
| Mtd Accins | | 5.40 |
| Qtd Accins | | 21.60 |
| Ytd Accins | | 21.60 |
| 401K Ytd | | 3,307.68 |
| Associate Id | | 305805 |

### Important Notes
HR HELP DESK X23664 OR DIAL  1-888-237-7769
(OUTSIDE)

### Additional Tax Withholding Information
Taxable Marital Status:  Single
Exemptions/Allowances:
  New York Cit:  2

* Excluded from federal taxable wages

**Broadridge**

BROADRIDGE OUTPUT SOLUTIONS
2 JOURNAL SQUARE PLAZA
JERSEY CITY, NJ 07306

Advice number:  00000070199
Pay date:       02/14/2014

Deposited to the account of
FREDERICK D BENNETT

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxx6181 | xxxx | xxxx | $1,612.85 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| 87B | 810858 | 295LP0 | MAILN | 0000090198 | 1 |

086-0016

**Broadridge**
BROADRIDGE OUTPUT SOLUTIONS
2 JOURNAL SQUARE PLAZA
JERSEY CITY, NJ 07306

**Earnings Statement** 

Period Beginning: 02/17/2014
Period Ending: 03/02/2014
Pay Date: 02/28/2014

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 3
 NJ: 2, Table A
 NY: 2

FREDERICK D BENNETT
221 BEACH 80TH ST.
APT. 3F
ROCKAWAY BEACH NY 11693

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3307.69 | 80.00 | 3,307.69 | 16,538.45 |
| Gross Pay | | | $3,307.69 | 16,538.45 |

Your federal taxable wages this period are $2,388.87

**Deductions**

| Statutory | | |
|---|---|---|
| Federal Income Tax | -302.28 | 1,511.40 |
| Social Security Tax | -199.60 | 998.02 |
| Medicare Tax | -46.68 | 233.41 |
| NJ State Income Tax | -83.37 | 416.85 |
| NY State Income Tax | -36.20 | 181.00 |
| New York Cit Income Tax | -74.14 | 370.70 |
| NJ SUI/SDI Tax | -29.94 | 149.68 |

| Other | | |
|---|---|---|
| Accident Insur | -5.40* | 27.00 |
| Checking | -1,612.86 | |
| Dental | -4.94* | 24.70 |
| Ltd | -3.80 | 19.00 |
| Medical | -57.23* | 286.15 |
| Parking | -17.30* | 86.50 |
| Pers Accident | -2.77* | 13.85 |
| Vision | -4.26* | 21.30 |
| 401(K) | -826.92* | 4,134.60 |

**Net Pay** $0.00

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Group Term Life | 3.64 | 18.20 |
| Mtd Accins | | 10.80 |
| Qtd Accins | | 27.00 |
| Ytd Accins | | 27.00 |
| 401K Ytd | | 4,134.60 |
| Associate Id | | 305805 |

**Important Notes**
HR HELP DESK X23854 OR DIAL 1-888-237-7769
(OUTSIDE)

**Additional Tax Withholding Information**
Taxable Marital Status: Single
Exemptions/Allowances:
 New York Cit: 2

* Excluded from federal taxable wages

**Broadridge**
BROADRIDGE OUTPUT SOLUTIONS
2 JOURNAL SQUARE PLAZA
JERSEY CITY, NJ 07306

Advice number: 00000090198
Pay date: 02/28/2014

Deposited to the account of
FREDERICK D BENNETT

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6181 | xxxx xxxx | $1,612.86 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**